**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 9, 2007

CASE TITLE:    Jeffrey Hammons-v-B. Curry
RECEIVED FROM: U.S. District Court, Central District of CA, Western Div. (Los Angeles)

CASE NUMBER:    CV 07-05098 SBA

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by:    _____/s/_____
       Jessie Mosley
Case Systems Administrator

o:\mrg\civil\transin.mrg