

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

FILED
2007 OCT -3 P 2: 10
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

September 26, 2007

Clerk, United States District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095

Re: Transfer of our Civil Case No. CV 07-03799 GPS (RC)

Case Title: Jeffrey Hammons v. B. Curry, Warden (A), et al.

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _____
Deputy Clerk
(213) 894-0374

cc: All counsel of record

===========================================================================

## TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: **C07 05098 SBA**

Clerk, U.S. District Court

By _____
Deputy Clerk

CV-22 (01/01)   TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT