194, CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:07-cv-03799-GPS-RC

Jeffrey Hammons v. B Curry
Assigned to: Judge George P. Schiavelli
Referred to: Magistrate Judge Rosalyn M. Chapman
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/12/2007
Date Terminated: 09/25/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jeffrey Hammons**                        represented by   **Jeffrey Hammons**
                                                            CDC H-23227
                                                            Correctional Training Facility Central
                                                            P O Box 689
                                                            Soledad, CA 93960-0689
                                                            PRO SE

V.

**Respondent**

**B Curry**
*Warden (A)*

I hereby attest and certify on 9-26-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Patricia Clarke
DEPUTY CLERK

1177

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254). Case assigned to Judge George P. Schiavelli and referred to Magistrate Judge Rosalyn M. Chapman. (Filing fee $ 5. PAID.), filed by Petitioner Jeffrey Hammons. (et) (Entered: 06/18/2007) |
| 06/12/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge George P. Schiavelli and referred to Magistrate Judge Rosalyn M. Chapman to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 06/18/2007) |
| 09/25/2007 | 3 | ORDER TRANSFERRING ACTION TO NORTHERN DISTRICT OF CALIFORNIA by Judge George P. Schiavelli: IT IS ORDERED that the clerk of this Court transfer this matter to the United States District Court for the Northern District of California. IT IS FURTHER ORDERED that the Clerk of this court serve a copy of this Order upon petitioner and upon the California Attorney General. (MD JS-6. Case Terminated.)(pcl) |

|            |   |                                                                                                                                                                                                    |
|------------|---|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | (Entered: 09/26/2007)                                                                                                                                                                              |
| 09/26/2007 |   | TRANSMITTAL of documents: all Original documents except Order of Transfer which is retained; certified copy of the transfer order, docket sheet and letter of transfer sent. (pcl) (Entered: 09/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/26/2007 12:09:08 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-03799-GPS-RC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |