

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JEFFREY HAMMONS** | | CASE NUMBER |
| | PLAINTIFF(S) | **CV07- 3799 GPS (RC)** |
| V. | | |
| **B. CURRY, WARDEN** | | **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE** |
| | DEFENDANT(S) | (Petition for Writ of Habeas Corpus) |

Pursuant to General Order 224, the within action has been assigned to the calendar of the Honorable George P. Schiavelli, U.S. District Judge. Pursuant to the provisions of the Local Rules Governing Duties of Magistrate Judges, the within action is referred to U.S. Magistrate Judge Rosalyn M. Chapman, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or withoout prejudice for want of prosecution.

Clerk, U.S. District Court

| | | |
|---|---|---|
| June 12, 2007 | By | MRAMIREZ |
| Date | | Deputy Clerk |



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

SHERRI R. CARTER
District Court Executive
and Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Tuesday, June 12, 2007

JEFFREY HAMMONS
CDC#H-23227
P.O. BOX 689
SOLEDAD, CA 93960-0689


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV07- 3799 GPS (RC)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____
[X] Magistrate Judge _____Rosalyn M. Chapman_____

at the following address:
[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA  90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516
    (714) 338-4750

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: __MRAMIREZ_____
    Deputy Clerk

CV-17 (01/01)            LETTER re FILING H/C PETITION or 28/2255 MOTION