1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  STEVEN G. WARNER, State Bar No. 239269
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5747
     Fax: (415) 703-5843
8    Email: Steven.Warner@doj.ca.gov

9  Attorneys for Respondent Acting Warden Ben Curry
   SF2007200867

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HAMMONS,<br><br>               Petitioner,<br><br>v.<br><br>BEN CURRY, WARDEN,<br><br>               Respondent. | C07-5098 SBA<br><br>**REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL**<br><br>Judge: The Honorable Saundra B. Armstrong |

## REQUEST FOR EXTENSION OF TIME

Petitioner Jeffrey Hammons is California state inmate proceeding *pro se* in this habeas corpus action. Hammons, who is currently serving an indeterminate sentence for second-degree murder with a firearm, challenges the parole denial at his 2005 subsequent consideration hearing. On October 15, 2007, this Court issued an order to show cause. For the reasons set forth in the

///

///

///

1 | accompanying declaration of counsel, Respondent respectfully requests a thirty-day extension of
2 | time, up to and including January 14, 2008, to file a responsive pleading in this matter.
3 | Dated: December 4, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

/s/

STEVEN G. WARNER
Deputy Attorney General
Attorneys for Respondent

40193038.wpd

Req. for Ext. of Time to Respond to Pet.; Supporting Decl. of Counsel

*Hammons v. Curry*
Case No. C07-5098 SBA

2

**DECLARATION OF COUNSEL**

I, Steven G. Warner, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Jeffrey Hammons.

3. On October 15, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by December 14, 2007.

4. I am requesting an extension of time because not all of the necessary California Department of Corrections and Rehabilitation documents have arrived from the prison, and it is unknown when they will arrive. Furthermore, I will need time to review the documents once they arrive.

5. Mr. Hammons is representing himself, and he is not easily reachable for notification that I am requesting an extension of time because he is currently incarcerated.

6. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

7. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on December 4, 2007, in San Francisco, California.

Steven G. Warner
Deputy Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hammons v. Curry**

No.:   **C07-5098 SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 4, 2007**, I served the attached

1. **REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL**
2. **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jeffrey Hammons, H-23227
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 4, 2007**, at San Francisco, California.

|  |  |
|---|---|
| J. Baker | *(signature)* |
| Declarant | Signature |

40193185.wpd