IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY HAMMONS,<br><br>                          Petitioner,<br><br>      v.<br><br>BEN CURRY, WARDEN,<br><br>                        Respondent. | C07-5098 SBA<br><br>**[PROPOSED] ORDER**<br><br><br><br>Judge: The Honorable Saundra B. Armstrong |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **January 14, 2008**. If Petitioner wishes to respond to the Answer or Motion, he shall do so by filing a Traverse or Opposition to the Motion with the Court and serving it on Respondent within thirty (30) days of his receipt of the response.

Dated:  12/18/07                                        *Saundra B. Armstrong*
                                                 The Honorable Saundra B. Armstrong
                                                 United State District Judge

[Proposed] Order