Jeffery Hammons    (CDCR No. H-23227)
4-N-01L
San Quentin State Prison
San Quentin, CA 94964

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Hammons<br>    (Petitioner)<br><br>     -v-<br><br>Ben Curry, Warden, et al.,<br>    (Respondent(s)) | Case No. **C 07-05098 SBA(PR)**<br><br>RE: NOTIFICATION OF ADDRESS CHANGE<br><br>Judge: The Honorable<br>       Saundra B. Armstrong |

I, Jeffery Hammons, am the petitioner in the above entitled action and hereby notify the court and respondent(s) of my change of address. Petitioner's new address is as follows:

Jeffery Hammons H-23227

4-N-01L, San Quentin State Prison, San Quentin, CA 94964

Petitioner respectfully requests that all communication(s) between the Court's and Respondent's counsel be addressed to the above address.

Dated: 12-25-07

Respectfully Submitted,

Jeffery Hammons H-23227
Petitioner, In Pro Per

PROOF OF SERVICE BY MAIL

I declare that:

I, Jeffery Hammons    (CDCR No. H-23227) am a resident of the State of California, County of Marin.    I am over 18 years of age and I am a party to the within action.  My residence address is  4-N-01L, San Quentin State Prison, San Quentin, CA 94964

On _____, ____ I served the foregoing

**NOTIFICATION OF ADDRESS CHANGE**

on the parties listed below by placing a true copy thereof enclosed in sealed envelopes (via prison mailbox rule) with trust withdraw slips for postage to be fully paid by prison staff, in the United States prison mailbox at San Quentin, California, addressed as follows:

| ORIGINAL | ONE COPY |
|---|---|
| Attn: Clerk of the U.S. DISTRICT COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>1301 Clay Street<br>Oakland, California  94612 | Office of the Calif. Atty. General<br>Attn: Steven G. Warner (SBN 239269)<br>Deputy Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102-7004 |

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25 day of Dec, 07, at San Quentin, California.

                                                In Pro-Per Jeffery Hammons



MAILED FROM ZIP CODE 94964

Jeffrey Hammons H-23227
4-N-01L
San Quentin State Prison
San Quentin, CA 94964

"LEGAL MAIL"

Attn: Clerk of the U.S. District Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
1301 Clay Street
Oakland, California 94612

"LEGAL MAIL"