Case 4:07-cv-05098-SBA   Document 7-2   Filed 01/11/2008   Page 1 of 3

# EXHIBIT 1

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

☐ 220 W. BROADWAY  ☒ 325 S. MELROSE  ☐ 250 E. MAIN  ☐ 500 THIRD
SAN DIEGO, CA     VISTA, CA         EL CAJON, CA   CHULA VISTA, CA
92101-3409        92083-6627        92020-3913     91910-5694

PEOPLE OF THE STATE OF CALIFORNIA                          PLAINTIFF,
                          VS
Jeffrey Todd Hammons                                        DEFENDANT

AMENDED  **ABSTRACT OF JUDGMENT - COMMITMENT**
         (PC 1213.5)

CR N ___
DA B 5941301

FILED
KENNETH E. MARTONE
Clerk of the Superior Court
JUL 20 1992
By: S. HICKS, Deputy

| Date of hearing: | Dept. No.: | Judge: | Clerk: | Reporter: |
|---|---|---|---|---|
| 1-21-92 | A | J. MORGAN LESTER | Sharon Hicks | Flo Dobson |

EDWIN L. MILLER, Jr., District Attorney
By James Koerber, Deputy
Counsel for defendant: David Rawson
Probation Officer or Number: A720946

☐ PROBATION PREVIOUSLY GRANTED HAVING BEEN REVOKED ON _____

Count(s) No. One _____, WHEREAS THE DEFENDANT ON A PLEA

of Not Guilty _____ having been convicted by Jury
   (GUILTY, NOT GUILTY, NOLO CONTENDERE, FORMER CONVICTION OR ACQUITTAL, ONCE IN JEOPARDY, NOT GUILTY BY REASON OF INSANITY)   (THE COURT OR JURY)

of Murdre 2nd degree
   (DESIGNATION OF CRIME AND DEGREE IF ANY)

IN VIOLATION OF PC187(a) with PC12022(a)(1)
   (REFERENCE TO CODE OR STATUTE, INCLUDING SECTION AND SUBSECTION THEREOF, IF ANY VIOLATED.)

YEAR CRIME COMMITTED 1991 _____
THE DEFENDANT IS CREDITED FOR TIME SPENT IN CUSTODY, 366 TOTAL DAYS, INCLUDING:
ACTUAL LOCAL TIME 244 __ PC 4019 CREDIT 122 __, STATE INSTITUTIONS TIME _____.

THE COURT FINDS:   (*IF NO FINDING MADE, ENTER "NO FINDING MADE")

▫ _____, THE DEFENDANT ☒ WAS ☐ WAS NOT ARMED WITH A DEADLY WEAPON AT THE TIME OF THE COMMISSION OF THE OFFENSE WITHIN THE MEANING OF SECTIONS 969(c) and 12022 OF THE PENAL CODE.

▫ _____, THE DEFENDANT ☐ USED ☐ DID NOT USE A FIREARM IN THE COMMISSION OF THE OFFENSE WITHIN THE MEANING OF SECTIONS 969(d) and 12022.5 OF THE PENAL CODE.

▫ _____, THE DEFENDANT ☐ WAS ☐ WAS NOT ARMED WITH A DEADLY WEAPON AT THE TIME OF THE COMMISSION OF THE OFFENSE WITHIN THE MEANING OF SECTION 12022(a) OF THE PENAL CODE.

▪ _____, THE DEFENDANT ☐ WAS ☐ WAS NOT ARMED WITH A DEADLY WEAPON AT THE TIME OF THE COMMISSION OF THE OFFENSE WITHIN THE MEANING OF SECTION 12022(b) OF THE PENAL CODE.

| | CASE NUMBER: |
|---|---|
| | CRN20484 |

THE DEFENDANT HAS HAD PRIOR FELONY CONVICTIONS AS FOLLOWS:

DATE          COUNTY AND STATE                    CRIME                                                         DISPOSITION

It is therefore ordered, adjudged and decreed that the defendant be punished by imprisonment in the State Prison of the State of California for the term prescribed by law. It is ordered that the sentences shall be served in respect to one another as follows (CC or CS):

Count One       PC187(a)           Murder 2nd degree                 15 years to life
                PC12022(a)(1)                                         1 year consecutive
                                                                     16 years to life

and in respect to any prior incomplete sentence(s) as follows (CC or CS):

It is further ordered that the defendant be remanded to the Sheriff of the County of San Diego; and pursuant to the aforesaid judgment, the Sheriff is commanded to deliver the defendant into the custody of the Director of Corrections of the State of California at the ☒ R. J. Donovan Correctional Facility ☐ California Institution for Women at Frontera, California at the earliest convenience.

The Court ☒ did ☐ did not instruct the defendant of the right to appeal in accordance with Rule 250, California Rules of Court.

J. MORGAN LESTER
JUDGE OF THE SUPERIOR COURT

CLERK'S CERTIFICATE
The foregoing is a full, true and correct copy of the original on file in this office.

KENNETH E. MARTONE
CLERK OF THE SUPERIOR COURT

ATTEST: JUL 2 0 1992          By S. Hicks                S. HICKS
        DATE                                             DEPUTY

TT CR-36(Rev. 8-92)            ABSTRACT OF JUDGMENT - COMMITMENT                    Page 2 of 2