# EXHIBIT 2

91139453A

# REPORT – INDETERMINATE SENTENCE, OR OTHER SENTENCE CHOICE

FORM CR 291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Diego**
COURT I.D. **379991**   BRANCH **Superior**

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **Jeffrey Todd Hammons**
AKA:
CASE NUMBER(S): **CRN20484** - A
[X] PRESENT   [ ] NOT PRESENT

REPORT OF:
[ ] DEATH SENTENCE
[X] INDETERMINATE SENTENCE
[ ] OTHER SENTENCE CHOICE
[ ] AMENDED REPORT

H23227

DATE OF HEARING: **1-21-92**   DEPT. NO **A**   JUDGE **J. MORGAN LESTER**   CLERK **Sharon Hicks**
REPORTER **Flo Dobson**   COUNSEL FOR PEOPLE **James Koerber**   COUNSEL FOR DEFENDANT **David Rawson**
PROBATION NO. OR PROBATION OFFICER **A720948**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTED BY |
|---|---|---|---|---|---|---|
| 1 | PC | 167(a)** | Murder 2nd degree | 90 | 12 04 91 | X (Jury Trial) |

2. ENHANCEMENTS (charged and found true) TIED TO SPECIFIC COUNTS...

| Count | Enhancement |
|---|---|
| 1 | 12022(a)(1) |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS...

[ ] Defendant was sentenced TO DEATH on counts _____
[ ] Defendant was sentenced to State Prison for an Indeterminate term:
  A. [X] For LIFE, or a term such as 15 or 25 years to life, WITH POSSIBILITY OF PAROLE on counts **1**
  B. [ ] For LIFE WITHOUT the possibility of parole on counts _____
  C. [ ] For other term prescribed by law on counts _____ (Life Terms are on "A" and "B".)
[ ] Counts _____ are alternate felony/misdemeanors and were DEEMED MISDEMEANORS.
  A term in jail [ ] was [ ] was not ordered.
[ ] For counts _____ the defendant was placed on FELONY probation.
  A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
     (2) [ ] Imposition of sentence was suspended.
  B. Conditions of probation included [ ] Jail Time   [ ] Fine
[ ] Other dispositions
  A. [ ] Defendant was committed to California Youth Authority.
  B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
  C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
  D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.

NOTE 1: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON.
NOTE 2: FOR DEATH SENTENCE OR INDETERMINATE SENTENCE, ABSTRACT OF JUDGMENT MUST ALSO BE PREPARED. IT IS NOT SENT TO THE ADMINISTRATIVE OFFICE OF THE COURTS (AOC).
NOTE 3: IF DEFENDANT IS SENTENCED ON BOTH DETERMINATE AND INDETERMINATE COUNTS, FORM DSL 290 OR 290.1 MUST BE PREPARED AND SENT TO AOC AS WELL AS THIS FORM (AND AN ABSTRACT FOR INDETERMINATE COUNTS THAT IS NOT SENT TO AOC).

DEPUTY'S SIGNATURE **S. Hicks**   S. HICKS   DATE **JAN 22 1992**

REPORT – INDETERMINATE SENTENCE
FORM CR 291

Adopted by the Judicial Council of California
Effective April 1, 1990

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – EXTRA   WHITE COPY