# EXHIBIT 10

Court of Appeal, Fourth Appellate District, Div. 1 - No. D049287
S148201

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re JEFFREY HAMMONS on Habeas Corpus

Petition for review DENIED.

SUPREME COURT
FILED

FEB 1 4 2007

Frederick K. Ohlrich Clerk

Deputy

GEORGE

Chief Justice