IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HAMMONS,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.                   / | No. C 07-05098 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse by **February 26, 2009**.

    IT IS SO ORDERED.

DATED: 1/21/09

                                                      SAUNDRA BROWN ARMSTRONG<br>
                                                      UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Hammons5098.EOT-Traverse.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HAMMONS,

        Plaintiff,

  v.

B. CURRY, ET AL. et al,

        Defendant.

Case Number: CV07-05098 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Hammons H-23227
California State Prison - San Quentin
San Quentin, CA 94964

Dated: January 21, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk