IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HAMMONS, | ) No. C 07-05098 SBA (PR) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| B. CURRY, | ) |
| Respondent. | ) |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 3/9/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\HC.07\Hammons5098.denyHC.wpd

```
1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA
3
4   JEFFREY HAMMONS,                          Case Number: CV07-05098 SBA
5              Plaintiff,                     CERTIFICATE OF SERVICE
6        v.
7   B. CURRY, ET AL. et al,
8              Defendant.
                                      /
9
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Hammons H-23227
California State Prison - San Quentin
San Quentin, CA 94964

Dated: March 10, 2010
                                Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\HC.07\Hammons5098.denyHC.wpd             2